May. 30. 2014 7:40AM   No. 0713

Approved, SCAO

Original - Court
1st copy - Law enforcement agency (file) (green)
2nd copy - Respondent (blue)
3rd copy - Petitioner (pink)
4th copy - Return (yellow)
5th copy - Return (golden)

**EXHIBIT 1**

**STATE OF MICHIGAN**
8th **JUDICIAL CIRCUIT**
Montcalm **COUNTY**

**PERSONAL PROTECTION ORDER (NONDOMESTIC)**
☒ EX PARTE

CASE NO: 13-K-17737-PH

Court address: 639 N State St. Stanton, MI 48888
ORI MI-
Court telephone no. 989-831-3520

**(A)** Petitioner's name: Deborah K Murphy-Davidson
Address and telephone no. where court can reach petitioner: 208 Clark ST Lakeview MI 48850    989-313-4790

Respondent's name, address, and telephone no.: Ken Stoll  989 831-5000
Address and telephone no. where court can reach respondent: 312 E. Main ST. Stanton MI.

**(B)** Full name of respondent (type or print): Kenneth ? Stoll

| Height | Weight | Race | Sex | Date of birth or age | Hair color | Eye color | Other identifying information | Driver's license number (if known) |
|---|---|---|---|---|---|---|---|---|
| 5.8 | 220 | White | M | ? 50+ | Gray Dark Brown | Brown | | |

Date: 8/8/13    Judge: Kreeger    Bar no.

1. This order is entered ☐ without a hearing. ☒ after hearing.

**THE COURT FINDS:**

☒ 2. A petition requesting an order to restrain conduct prohibited under MCL 750.411h and MCL 750.411i and/or MCL 750.411s has been filed under the authority of MCL 600.2950a.

☒ 3. Petitioner requested an ex parte order, which should be entered without notice because irreparable injury, loss, or damage will result from delay required to give notice or notice itself will precipitate adverse action before an order can be issued.

4. Respondent committed the following acts of willful, unconsented contact: (State the reasons for issuance.) to petition for an Assaultive and threatening behavior from Respondent

**IT IS ORDERED:**

5. Respondent Ken Stoll — is prohibited from
Full name of respondent

☒ a. stalking as defined under MCL 750.411h and MCL 750.411i, which includes but is not limited to
☒ following ~~or appearing within sight of~~ the petitioner.
☒ appearing at the workplace or the residence of the petitioner.
☒ approaching or confronting the petitioner in a public place or on private property.
☒ entering onto or remaining on property owned, leased, or occupied by the petitioner.
☒ sending mail or other communications to the petitioner.
☒ contacting the petitioner by telephone.
☒ placing an object on or delivering an object to property owned, leased, or occupied by the petitioner.
☒ threatening to kill or physically injure the petitioner.
☒ purchasing or possessing a firearm.
☐ other: _____

☒ b. posting a message through the use of any medium of communication, including the Internet or a computer or any electronic medium, pursuant to MCL 750.411s.

6. Violation of this order subjects the respondent to immediate arrest and to the civil and criminal contempt powers of the court. If found guilty, respondent shall be imprisoned for not more than 93 days and may be fined not more than $500.00.

7. **This order is effective when signed, enforceable immediately, and remains in effect until** 8-8-2014.
This order is enforceable anywhere in this state by any law enforcement agency when signed by a judge, and upon service, may also be enforced by another state, an Indian tribe, or a territory of the United States. If respondent violates this order in a jurisdiction other than this state, respondent is subject to enforcement and penalties of the state, Indian tribe, or United States territory under whose jurisdiction the violation occurred.

8. The court clerk shall file this order with MCSD who will enter it into the LEIN.

9. Respondent may file a motion to modify or terminate this order. For ex parte orders, the motion must be filed within 14 days after being served with or receiving actual notice of the order. Forms and instructions are available from the clerk of court.

10. A motion to extend the order must be filed 3 days before the expiration date in item 7, or a new petition must be filed.

Date and time issued: 8/8/2013  3:13 p.m.

Judge: [signature]

CC 380 (3/12) PERSONAL PROTECTION ORDER (NONDOMESTIC)    MCL 600.2950a, MCR 3.705, MCR 3.706