UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEBORAH K. MURPHY-DAVIDSON,

        Plaintiff,                             Case No. 1:14-cv-779

v.                                                Hon. Ray Kent

KENNETH J. STOLL and
COMFORCARE SENIOR SERVICES-
MID MICHIGAN,

        Defendants.

_____/

## VERDICT FORM

1. Did Mr. Stoll assault and batter Ms. Davidson?

        Answer:   __YES__   (yes or no)

   a.   If yes, was the assault and battery the proximate cause of damages to Ms. Davidson?

        Answer:   __NO__   (yes or no)

   b.   If yes, was Mr. Stoll acting within the scope and course of his employment with ComForcare at the time of the assault and battery?

        Answer:   __YES__   (yes or no)

2. Did Mr. Stoll stalk Ms. Davidson?

        Answer:   __NO__   (yes or no)

   a.   If yes, was the stalking the proximate cause of damages to Ms. Davidson?

        Answer: __NO__ (yes or no)

b.   If yes, was Mr. Stoll acting within the course and scope of his employment with ComForcare at the time of the stalking:

        Answer: __NO__ (yes or no)

3. Did Mr. Stoll intentionally inflict emotional distress on Ms. Davidson?

        Answer __YES__ (yes or no)

a.   If yes, did Mr. Stoll's conduct proximately cause damage to Ms. Davidson?

        Answer: __YES__ (yes or no)

b.   If yes, was Mr. Stoll acting within course and scope of his employment with ComForcare when he intentionally inflicted emotional distress on Ms. Davidson?

        Answer: __YES__ (yes or no)

4. If you find that Ms. Davidson suffered economic damages, what is the total amount of such damages suffered to date?

        Answer: $ __0.00__

5. If you find that Ms. Davidson will suffer economic damages in the future, what is the total amount of such damages?

        Answer: $ __0.00__

6. If you find that Ms. Davidson suffered non-economic damages, what is the total amount of such damages to date?

        Answer: $ __130,000__

7. If you find that Ms. Davidson will suffer non-economic damages in the future,

what is the total amount of such damages?

Answer: $ 0.00

8. If you find that Mr. Stoll stalked Ms. Davidson, is she entitled to exemplary damages?

Answer: NO (yes or no)

a. If yes, what is the amount of exemplary damages to which she is entitled?

Answer: $ 0.00

Dated: 5-2-16

_____
Jury Foreperson