UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEBORAH K. MURPHY-DAVIDSON,

    Plaintiff,                                Case No. 1:14-cv-779

v.                                               Hon. Ray Kent

KENNETH J. STOLL, et al,

    Defendants.
_____/

## JUDGMENT

This action was tried by a jury with Judge Ray Kent presiding, and the jury has rendered a verdict.

**IT IS ORDERED AND ADJUDGED:**

1. That plaintiff takes nothing on Count I (Assault and Battery).

2. That plaintiff takes nothing on Count II (Civil Stalking).

3. That plaintiff is entitled to judgment on Count III (Intentional Infliction of Emotional Distress) against both defendant Kenneth J. Stoll and ComForcare Senior Services-Mid Michigan in the amount of $130,000.


Dated: May 2, 2016                    /s/ Ray Kent
                                           RAY KENT
                                           United States Magistrate Judge