UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEBORAH K. MURPHY-DAVIDSON,

    Plaintiff,

v.

KENNETH J. STOLL, et al.,

    Defendants.
_____/

**JUDGMENT IN A CIVIL CASE**

Case No. 1:14-CV-779

■     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

❏     **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Defendant.

THOMAS L. DORWIN
Clerk of Court

Dated: July 14, 2017

By  /s/ Jessica Wright
    Deputy Clerk