UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

D͟E͟B͟O͟R͟A͟H͟ K. M͟U͟R͟P͟H͟Y͟-D͟A͟V͟I͟D͟S͟O͟N͟,

    Plaintiff,

v.

K͟E͟N͟N͟E͟T͟H͟ J. S͟T͟O͟L͟L͟, et al.,

    Defendants.
_____/

Honorable Phillip J. Green

Case No. 1:14-cv-00779

## ORDER

This matter is before the Court on defendants' Bill of Costs. (ECF No. 208). Plaintiff has filed objections. (ECF No. 209). Defendants shall, within fourteen days of the date of this order, file a response to each of plaintiff's objections. Failure to timely respond will result in a denial of the Bill of Costs.

**IT IS SO ORDERED**.

Date: October 5, 2017

    /s/ Phillip J. Green
    PHILLIP J. GREEN
    United States Magistrate Judge