UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| DEBORAH K. MURPHY-DAVIDSON,  )<br>  )<br>   Plaintiff,  )<br>  )<br>v.  )<br>  )<br>KENNETH J. STOLL, et al.,  )<br>  )<br>   Defendants.  )<br>_____ ) | Case No. 1:14-cv-00779<br><br>Honorable Phillip J. Green<br><br><br>**JUDGMENT FOR COSTS** |

In accordance with the order entered this date:

IT IS ORDERED AND ADJUDGED that defendants shall recover $935.66 in costs from plaintiff.

DONE AND ORDERED this 27th day of October 2017.

   /s/ Phillip J. Green
   PHILLIP J. GREEN
   United States Magistrate Judge